```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| DOROTHY MERRIFIELD, et al., | |
| Plaintiffs, | Civil No. 07-987 (JBS) |
| v. | **FINAL ORDER** <br> **FOR DISMISSAL** |
| UNITED STATES of AMERICA, et al., | |
| Defendants. | |

This matter having come before the Court on the motion [Docket Item 11] of Defendants to dismiss Plaintiffs' class complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(1), for lack of subject matter jurisdiction; the Court having heard oral argument on the matter; and having reviewed the submissions of the parties in support thereof and in opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**31st**__ day of **March, 2008** hereby

ORDERED that the Motion to Dismiss is **GRANTED** as to Plaintiffs Oberlander, Merrifield, Heiser and Kiziukiewicz, **without prejudice** to their right to seek judicial review after final exhaustion of the available administrative remedies; and it is

FURTHER ORDERED that the Motion to Dismiss is **GRANTED** as to

Plaintiffs Burke and Frick due to mootness.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        United States District Judge