IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOROTHY MERRIFIELD, et al., | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-987 (JBS) |
| v. | |
| UNITED STATES OF AMERICA, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on a motion to vacate the Court's March 31, 2008 dismissal order submitted by Plaintiffs Dorothy Merrifield ("Merrifield") and Marie A. Burke ("Burke") pursuant to Rule 60(b), Fed. R. Civ. P. [Docket Item 27]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **30th** day of **June, 2009** hereby

ORDERED that Plaintiffs Merrifield's and Burke's motion to vacate the Court's March 31, 2008 Order shall be, and hereby is, **DENIED**.

 s/ Jerome B. Simandle
JEROME B. SIMANDLE
United States District Judge