IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOROTHY MERRIFIELD, et al., | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-987 (JBS) |
| v. | |
| UNITED STATES OF AMERICA, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on a motion to vacate the Court's March 31, 2008 Order submitted by Plaintiffs Marie A. Burke, Dorothy Merrifield, Adele O. Oberlander, and Linda French Heiser pursuant to Rule 60(b) and Rule 25, Fed. R. Civ. P. [Docket Item 37]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **28th** day of **March, 2011** hereby

ORDERED that Plaintiffs' motion to vacate the Court's March 31, 2008 Order shall be, and hereby is, **DENIED**; and it is further

ORDERED that Plaintiffs' motion to substitute Jean Huston as the named Plaintiff, as next of kin for Plaintiff Heiser shall be and hereby is, **GRANTED**.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge